UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                           Case No:  2:13-cv-636-FtM-38DNF

VIN:  5UXZV4C5XD0B20600,  VIN: WP0AA2A78DL011101,  VIN: WP1AA2A29DLA02832  and  VIN: WP1AA2A25DLA02679,

      Defendants.
_____/

## ORDER[1]

This matter comes before the Court upon *Sua Sponte* Review of the Docket Sheet.  On July 25, 2014, the Plaintiff, the United States of America entered a Notice (Doc. #42) in this case informing the Court that the stay in this action can be lifted.

Accordingly, it is now **ORDERED:**

The Court's **STAY** in this matter is hereby **LIFTED**.  The Clerk of the Court is directed to remove the stay flag from the case and designate the case as open.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of September, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.